LESLEY B. HARRIS, State Bar No. 124248
LAW OFFICE OF LESELY HARRIS
55 River Street, Suite 100
Santa Cruz, CA  95060
Telephone: (831) 458-0502
Facsimile: (831) 426-0159

\*\*E-filed 12/22/06\*\*

Attorney for Plaintiff
KENNETH HOLSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVSION

| | |
|---|---|
| KENNETH HOLSTEIN,<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF SANTA CRUZ,<br><br>            Defendant. | No. C-06-04637 JF<br><br>**NOTICE OF NEED FOR MEDIATION**<br><br>(ADA Access Case) |

Plaintiff KENNETH HOLSTEIN hereby informs the Court that the joint site inspection occurred October 16, 2006.  The case has not settled, largely because Kaiser, the health care provided for Plaintiff's injuries related to the claims in this case, has not provided the medical billings.  Numerous written and personal requests have been made.  We have now been promised the records by mid-January 2007.   Mediation should be scheduled, in accordance with General Order No. 56.

DATED:       December 21, 2006

Respectfully submitted,
LAW OFFICE OF LESLEY HARRIS


By:
      LESLEY B. HARRIS
Attorney for Plaintiff
KENNETH HOLSTEIN

12/22/06   IT IS SO ORDERED.

*[signature]*

Judge Jeremy Fogel, US District Court

NOTICE OF NEED FOR MEDIATION
CASE NO. C-06-04637-JF